UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60269-CIV-ZLOCH

DAVID HERARD,

    Plaintiff,

vs.    **FINAL JUDGMENT**

ATN RESTAURANT, INC. d/b/a
HARVEST CAFÉ, and MICHAEL
YODICE,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants ATN Restaurant, Inc. d/b/a Harvest Cafe and Michael Yodice's Motion For Involuntary Dismissal For Violation Of Court Order Sanctioning Plaintiff And His Counsel And Requiring Various Documents To Be Produced For The Second Time (DE 51). For the reasons expressed in this Court's Order granting said Motion, entered separately, and pursuant to Federal Rules of Civil Procedure 41 and 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendants ATN Restaurant, Inc. d/b/a Harvest Cafe and Michael Yodice and against Plaintiff David Herard upon the Complaint filed herein. Plaintiff David Herard shall take nothing by this action and said Defendants shall go hence without day; and

2. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of November, 2007.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record